IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RUFUS J. DICKERSON, JR.,

                Plaintiff

    VS.                            NO. 5:06-CV-17 (WDO)

BRUCE CHATMAN, *et al.*,

                Defendants      **PROCEEDINGS UNDER 42 U.S.C. §1983**
                                                          **BEFORE THE U. S. MAGISTRATE JUDGE**

# RECOMMENDATION

On December 6, 2006, the defendants filed a Motion for Summary Judgement in the above-styled case. Tab #48. Thereafter, on July 18, 2007, the undersigned issued an order reopening discovery for a period of sixty days. In light of the reopening of discovery, IT IS RECOMMENDED that the defendants' Motion for Summary Judgment be DENIED *without prejudice* to re-file within THIRTY (30) DAYS of the close of the reopened discovery period.[1]

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED this 24th day of AUGUST, 2007.



                                                     CLAUDE W. HICKS, JR.
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] In resubmitting their Motion for Summary Judgment, the defendants will be permitted to incorporate by reference any brief(s) and any supporting materials that have already been filed with the court.