IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RUFUS J. DICKERSON, JR.,          *

          Plaintiff,               *

vs.                                *
                                        CASE NO. 5:06-CV-17 (CDL)
BRUCE CHATMAN, et al.,             *

          Defendants.              *

                                   *

_____

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

     After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 23, 2008 is hereby approved, adopted, and made the Order of the Court.

     IT IS SO ORDERED, this 5th day of September, 2008.


                              S/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE